IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) No. 19-MJ-631STE |
| ALEXANDER DIAZ, | ) |
| Defendant. | ) Violation: 18 U.S.C., §§ 7, 13 |
| | ) (47 O.S.A., § 6-303B) |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about November 7, 2019, in the Western District of Oklahoma at Ft. Sill Military Reservation, at or near Sheridan Road and Thomas Road,

- - - - - - - - - - - - - - - **ALEXANDER DIAZ** - - - - - - - - - - - - -

the defendant, did drive a white 2014 GMC motor vehicle bearing Arizona tag #CKK9162 when his privilege to do so was suspended, canceled, denied, and revoked and at a time when he was disqualified from so doing.

All in violation of Title 47, Section 6-303B of the Oklahoma Statutes, and Title 18, United States Code, Sections 7(3) and 13.

Dated this 4th day of December 2019.

TIMOTHY J. DOWNING
United States Attorney

*Rebecca A Ashby*
REBECCA S. ASHBY
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Sill, OK 73503
(580) 558-1096